

Jonathan Horne
jhorne@rosenlegal.com

October 29, 2015

**BY CM/ECF**

The Hon. Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 17B
New York, NY 10007

    Re: *Wang v. China Finance Online Co. Ltd.*, et al., 1:15-CV-7894-RMB

Dear Judge Berman:

    We represent court-appointed Lead Plaintiffs Jihong Wang, Qi Li, and Les Akio Omori, and named plaintiff Alan Beck ("Plaintiffs"), in the above-referenced securities class action. We timely filed our consolidated complaint on October 27, which incorrectly omitted Lead Plaintiff Les Akio Omori's last name from the caption. We request leave of the Court file a [corrected] consolidated complaint, corrected solely to add Mr. Omori's last name to the caption.

                                              Respectfully submitted,
                                              /s/ Jonathan Horne

cc: All counsel of record (by CM/ECF)