UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

WANG

             Plaintiff(s),

- v -

China Finance

             Defendant(s).

------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/15
```

**Case Management Plan**

15 CV. 7894 (RMB)

       The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)    Joinder of additional parties by _____

(ii)   Amend the pleadings by _____

(iii)  All discovery to be expeditiously completed by __March 30, 2016 -- Stayed "on consent"__

(iv)  Consent to Proceed before Magistrate Judge _____

(v)   Status of settlement discussions __April 4, 2016 @ 9:00 with principals__

Sections vi through xi will be set at conference with the Court.

(vi)  Motions __likely "with prejudice" after pre-motion process is concluded__

(vii) Oral Argument _____

(viii) Joint Pre-Trial Order to be submitted by _____

(ix)  Final Pre-Trial Conference _____

(x)   Trial _____

(xi)  Other __Pre-motion letter fr. Def. before any motion practice; and Pl's response__

SO ORDERED: New York, New York

11/23/15

RMB

Hon. Richard M. Berman, U.S.D.J.