Anthony L. Hall, Esq.
ahall@hollandhart.com
Nevada Bar No. 5977
Joseph G. Went, Esq.
jgwent@hollandhart.com
Nevada Bar No. 9220
HOLLAND & HART LLP
9555 Hillwood Drive, Second Floor
Las Vegas, Nevada 89134
Tel. (702) 669-4600
Fax (702) 669-4650

And

Joseph C. O'Keefe, Esq. (*pro hac vice*)
jokeefe@proskauer.com
Nicole Eichberger, Esq. (*pro hac vice*)
neichberger@proskauer.com
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

*Attorneys for Plaintiffs/Counterdefendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEW ENGLAND LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>JIMMY LEE, an individual, JOHN (a/k/a JACK) EWING, an individual, KARIN METCALF, an individual, WEALTH CONSULTING GROUP, LLC, THE WEALTH CONSULTING GROUP LLC, and KAIZEN CONSULTANTS, LLC,<br><br>Defendants. | Case No. 14 CV 01797(JCM)(NJK)<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFFS/ COUNTERDEFENDANTS' DEADLINE TO RESPOND TO LEE PARTIES' COUNTERCLAIMS**<br><br>**(SECOND REQUEST)** |

| JIMMY LEE, an individual, WEALTH CONSULTING GROUP, LLC; THE WEALTH CONSULTING GROUP LLC; KAIZEN CONSULTANTS LLC, |
|---|
| Counterclaimants, |
| vs. |
| NEW ENGLAND LIFE INSURANCE COMPANY, METROPOLITAN LIFE INSURANCE COMPANY |
| Counterdefendants. |

Plaintiffs/Counterdefendants New England Life Insurance Company ("NELICO"), and Metropolitan Life Insurance Company ("MetLife"); Defendants/Counterclaimants Jimmy Lee ("Lee"), Wealth Consulting Group, LLC ("WCG"), The Wealth Consulting Group LLC ("TWCG"), and Kaizen Consultants LLC ("Kaizen") (collectively, the "Lee Parties"); Defendant/Counterclaimant John (a/k/a Jack) Ewing ("Ewing"); and Defendant/Counterclaimant Karin Metcalf ("Metcalf"), through their respective counsel, hereby submit this Stipulation to extend Plaintiffs/Counterdefendants' deadline to file a response to the Lee Parties' Counterclaims [Dk. #106]. The Parties hereto stipulate and agree as follows:

1. The Lee Parties filed their Counterclaims on May 26, 2016.
2. Plaintiffs/Counterdefendants' initial deadline to respond to the Lee Parties' Counterclaims was June 20, 2016.
3. On June 21, 2016, this Court granted the parties' request to extend Plaintiffs/Counterdefendants' deadline to respond to the Lee Parties' Counterclaims by fourteen (14) days. *See* Stipulation and Order to Extend Plaintiffs/Counterdefendants' Deadline to Respond to Lee Parties' Counterclaims (First Request) [Dk. #108].
4. As set forth in the Stipulation and Order to Extend Plaintiffs/Counterdefendants' Deadline to Respond to Lee Parties' Counterclaims (First Request), Plaintiffs/Counterdefendants' deadline to respond to the Lee Parties' Counterclaims is currently July 5, 2016.

PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

5. Local Rule II 6-1 provides that a "stipulation to extend time shall inform the Court of any previous extensions granted and state the reasons for the extension requested."

6. The Parties stipulate that Plaintiffs/Counterdefendants' deadline to file a response to the Lee Parties' Counterclaims be extended fourteen (14) days, from July 5, 2016 to July 19, 2016.

7. This is the second stipulation for an extension of Plaintiffs/Counterdefendants' deadline to file a response to the Lee Parties' Counterclaims.

8. The parties seek this second extension because they are discussing the final terms to the draft settlement agreements.

DATED this 5th day of July, 2016.

PROSKAUER ROSE LLP

By: *s/ Joseph C. O'Keefe*
Joseph C. O'Keefe, Esq. (*pro hac vice*)
Nicole A. Eichberger, Esq. (*pro hac vice*)
Proskauer Rose LLP
One Newark Center, 18th Floor
Newark, New Jersey 07102
(973) 274-3200

- and -

Anthony L. Hall, Esq.
Nevada Bar No. 5977
Joseph G. Went, Esq.
Nevada Bar No. 9220
Holland & Hart LLP
Nevada Bar No. 11066
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Plaintiffs/Counterdefendants
New England Life Insurance Company and
Metropolitan Life Insurance Company*

**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

| | |
|---|---|
| DATED this 5th day of July, 2016. | DATED this 5th day of July, 2016. |
| BAILEY❖KENNEDY | JAMES KWON, LLC |
| By: *s/ Joshua M. Dickey* <br> JOHN R. BAILEY <br> JOSHUA M. DICKEY <br> PAUL C. WILLIAMS <br> AMANDA L. STEVENS <br> 8984 Spanish Ridge Avenue <br> Las Vegas, Nevada 89148 <br> *Attorneys for Defendants/Counterclaimants Jimmy Lee; Wealth Consulting Group, LLC; The Wealth Consulting Group LLC; and Kaizen Consultants LLC* | By: *s/ James W. Kwon* <br> JAMES W. KWON <br> 5808 Spring Mountain Road <br> Suite 107 <br> Las Vegas, Nevada 89146 <br> *Attorneys for Defendants/Counterclaimants John aka Jack Ewing and Karin Metcalf* |

**IT IS SO ORDERED:**

_____

**UNITED STATES MAGISTRATE JUDGE**

**DATED:** _____

**PROSKAUER ROSE LLP**
One Newark Center
Newark, NJ 07102-5211
Tel. (973) 274-3200
Fax (973) 274-3299

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that on the 5th day of July 2016, I served a true and correct copy of the foregoing **STIPULATION AND ORDER TO EXTEND PLAINTIFFS/COUNTERDEFENDANTS' DEADLINE TO RESPOND TO LEE PARTIES' COUNTERCLAIMS** by ECF on all counsel of record.

DATED this 5th day of July, 2016.

PROSKAUER ROSE, LLP

*s/ Joseph C. O'Keefe*
Anthony L. Hall, Esq.
Nevada Bar No. 5977
ahall@hollandhart.com
Joseph G. Went, Esq.
Nevada Bar No. 9220
jgwent@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

-and-

Joseph C. O'Keefe, Esq.
(*pro hac vice*)
jokeefe@proskauer.com
Nicole A. Eichberger, Esq.
(*pro hac vice*)
neichberger@proskauer.com
PROSKAUER ROSE LLP
One Newark Center
Newark, NJ 07102-5211

*Attorneys for Plaintiffs/Counterdefendants New England Life Insurance Company and Metropolitan Insurance Company*