**Proskauer**

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

July 5, 2016

Julia D. Alonzo
Attorney at Law
d 212.969.4558
f 212.969.2900
jalonzo@proskauer.com
www.proskauer.com

**VIA ECF AND HAND DELIVERY**

The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Wang, et al. v. China Finance Online Co. Ltd, et al.*, 15-cv-7894-RMB (S.D.N.Y.)

Dear Judge Berman:

We represent Defendant China Finance Online Co. Limited ("CFO") in the above-captioned action.  We also write on behalf of Lead Plaintiffs Jihong Wang, Qi Li and Les Akio Omori, and named plaintiff Alan Beck ("Plaintiffs") (with CFO, the "Parties").

There is a status conference scheduled in this action for Monday, July 11, 2016, at 9:30 a.m. (the "Status Conference").  In light of the conference recently held on Thursday, June 30, 2016, and the lack of any other matters that have arisen since that date, the Parties respectfully request that the Status Conference be adjourned and rescheduled for a date to be determined by the Court.  In accordance with Individual Practice 1.D., there have been no previous requests for adjournment of the Status Conference, and Plaintiffs consent to such adjournment.

Respectfully submitted,

/s/ Julia D. Alonzo
Julia D. Alonzo

cc:  All counsel of record (by ECF)