


RECEIVED JUN 28 2016 U.S.D.C. - S.D.N.Y.

The Rosen Law Firm
INVESTOR COUNSEL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/8/16

Jonathan Horne
jhorne@rosenlegal.com

June 27, 2016

**BY FEDERAL EXPRESS**

The Hon. Richard M. Berman
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 17B
New York, NY 10007

    Re: *Wang v. China Finance Online Co. Ltd.*, et al., 1:15-CV-7894-RMB

Dear Judge Berman:

    We represent court-appointed Lead Plaintiffs Jihong Wang, Qi Li, and Les Akio Omori, and named plaintiff Alan Beck ("Plaintiffs"), in the above-referenced securities class action. We also write on behalf of Defendant China Finance Online Co., Ltd. ("CFO") (with Plaintiffs, the "Parties"). The Parties submit this letter to update to their May 19, 2016 letter to report that, although they have been moving forward in the settlement process, they will not be able to file for preliminary approval of the Settlement referenced in that letter by July 1, 2016. They expect to file by August 15, 2016.

    In accordance with the Court's Individual Practice I.A., the Parties also respectfully request that this letter be kept confidential and not filed on the Court's public docket for the time being to allow them time to finalize the Settlement. (The Court did not order that the Parties' May 19, 2016 letter notifying the Court of the Settlement be filed on the public docket for the same reason, as per the Parties' request.)

*Clerk to docket.*

Respectfully submitted,
/s/ Jonathan Horne
(For Plaintiffs)

/s/ Ralph Ferrara
(For CFO)

SO ORDERED:
Date: 7/8/16
Richard M. Berman, U.S.D.J.

cc: All counsel of record (by email)